Commonwealth ex rel. Pope, Appellant, *v.*
Rundle.

Submitted September 14, 1970. Before WRIGHT, P. J., WATKINS, MONTGOMERY, JACOBS, HOFFMAN, SPAULDING, and CERCONE, JJ.

*Eugene H. Clarke, Jr.,* for appellant.

*James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, November 13, 1970:
Order affirmed.

———

DISSENTING OPINION BY HOFFMAN, J.:
This appeal raises a question identical in all relevant respects with the appeal in *Commonwealth v. Mills,* 217 Pa. Superior Ct. 269, 269 A. 2d 322 (1970). For the reasons stated in my dissenting opinion in that case, I would vacate judgment of sentence and discharge appellant.